UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Tiffany B., | File No. 22-cv-1227 (ECT/DLM) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Kilolo Kijakazi, *Acting Commissioner of Social Security*, | |
| Defendant. | |

---

Magistrate Judge Douglas L. Micko issued a Report and Recommendation on May 22, 2023.  ECF No. 25.  No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

    1.    The Report and Recommendation [ECF No. 25] is **ACCEPTED**; and

    2.    Plaintiff's Motion for Summary Judgment [ECF No. 13] is **GRANTED**;

    3.    Defendant Kilolo Kijakazi's Motion for Summary Judgment [ECF No. 20] is **DENIED**; and

4. This action is to be **REMANDED** to the ALJ for further proceedings consistent with this Order.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 12, 2023                 s/ Eric C. Tostrud
                                     Eric C. Tostrud
                                     United States District Court